**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

JMQ1, INC.,

           Respondent

           v.

PENNSYLVANIA LIQUOR CONTROL
BOARD,

           Petitioner

: No. 49 WAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.